UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Michelle Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Lexington Law Firm; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:13-cv-02377-MCE-AC<br><br>**ORDER RE: MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING AND JOINT STATUS REPORT** |

Based on Plaintiff's Motion, the Court hereby grants an extension of time for Defendant to file its responsive pleading to Plaintiff's Complaint and grants an extension of time for parties to file Joint for a period of 30 days.

IT IS SO ORDERED.

Dated: January 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2:13-cv-02377-MCE-AC